UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| EFRAIN MEDINA,<br><br>                Plaintiff,<br><br>   v.<br><br>KEITH BAHLARAMA,<br><br>               Defendant. | No. C09-5133 FDB<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION DISMISSING PLAINTIFF'S COMPLAINT WITHOUT PREJUDICE** |

This matter comes before the Court on the recommendation of the Magistrate Judge that Plaintiff's civil rights complaint be dismissed without prejudice for failure to exhaust prison administrative remedies. Plaintiff has not filed a response.

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, and the remaining record, does hereby find and **ORDER**:

1)    The Court adopts the Report and Recommendation;

2)    Defendants' motion to dismiss [Dkt. 9] is **GRANTED** and Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE.**

3)    The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendants and to the Hon. Karen L. Strombom.

**DATED** this 9th day of September, 2009.

_____
FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND RECOMMENDATION - 1