AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# United States District Court

WESTERN DISTRICT OF WASHINGTON

EFRAIN MEDINA,

    PLAINTIFF,

v.

KEITH BAHLARAMA,

    DEFENDANT,

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: C09-5133FDB

☐  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X  **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

1) The Court adopts the Report and Recommendation;

2) Defendants' motion to dismiss [Dkt. 9] is **GRANTED** and Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE.**

September 10, 2009

BRUCE RIFKIN
Clerk

/s/ Pat LeFrois

Deputy Clerk